IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02237-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2010.**

    Plaintiff's Unopposed Motion for Protective Order [filed February 19, 2010; docket #13] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.