IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02237-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2010.**

    Defendant's Unopposed Motion to Vacate and Reset Settlement Conference [filed March 12, 2010; docket #17] is granted. The Settlement Conference set for March 23, 2010, is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **March 24, 2010**, to reschedule.