IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02237-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2010.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed April 13, 2010; docket #29] is **granted**. The motion is timely filed, unopposed, and the interests of justice permit amendment. Accordingly, the Clerk of Court is directed to enter the First Amended Complaint and Jury Trial Demand located at Docket #29-2.