IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02237-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2010.**

    Plaintiff's Motion for Protective Order [filed March 16, 2010; docket #18] is **denied as moot**. As represented in Plaintiff's reply, the contested subpoena has been issued. (Docket #34 at 1.) Thus, the Court will evaluate Plaintiff's challenge to the subpoena in the Court's adjudication of the pending Motion to Quash and for Sanctions [filed March 24, 2010; docket #23]. Plaintiff's reply in support of the pending Motion to Quash and for Sanctions is due on or before April 30, 2010.