IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02237-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

    Defendant.

## ORDER RE: MR. STRINGER'S TAX RETURNS

**Michael E. Hegarty, United States Magistrate Judge.**

    The Court has completed *in camera* review of Mr. Stringer's tax returns for 2006, 2008, and 2009, including W-2s. (*See* order at docket #51.) Plaintiff represents to the Court and to Defendant in its First Amended Initial Disclosures that no tax return exists for 2007 because Mr. Stringer did not earn any income in 2007. The Court finds that the tax returns contain no additional relevant information beyond that contained in Mr. Stringer's W-2 forms. Accordingly, the Court denies Defendant's request for production of Mr. Stringer's tax returns, either directly or by means of a release to the IRS. Plaintiff must produce Mr. Stringer's 2006, 2008, and 2009 W-2s to Defendant on or before **July 29, 2010**.

    Dated at Denver, Colorado, this 22nd day of July, 2010.

                                        BY THE COURT:

                                        Michael E. Hegarty
                                        United States Magistrate Judge