IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No.   09-cv-02237-ZLW-MEH<br>Courtroom Deputy: Cathy Coomes | Date:   February 28, 2011<br>**FTR – Courtroom A501** |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>DILLON COMPANIES, INC., d/b/a King Soopers,<br><br>      Defendant. | Stephanie Struble<br>Sean Ratliff<br><br><br><br>Raymond Deeny<br>Edward Butler |

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session:**     **9:47 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Orders are reviewed.

Discussion regarding discovery disputes and Plaintiff's Second Motion to Compel (Doc. #104, filed 2/24/11).

**ORDERED:**  For reasons stated on the record, Plaintiff's Second Motion to Compel (Doc. #104, filed 2/24/11) is DENIED.

The Court determines that discovery is complete will enter one Final Pretrial Order with corrections made of record.

**Court in recess:**     **10:31 a.m**     **(Hearing concluded)**
**Total time in court:**  0:44