IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02237-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

DILLON COMPANIES, INC. D/B/A KING SOOPERS,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: March 11, 2011

    It is ORDERED that Plaintiff's Motion For Leave To File Sur-Reply (Doc. No. 109) is granted over objection, and Plaintiff's Sur-Reply . . . (Doc. No. 109-1) is accepted for filing.