IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02237-RBJ-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

           Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS,

           Defendant.

**ORDER**

    Having reviewed the parties' Stipulated Motion to Dismiss Subject to Terms of Settlement Agreement, the Court hereby dismisses this action, with prejudice, pursuant to the terms of the settlement agreement filed on December 9, 2011 (Doc. 154-1). Each party, pursuant to the terms of the settlement agreement, shall be responsible for its own costs and attorney's fees.

    SO ORDERED this 9th day of December, 2011.

_____
R. Brooke Jackson
U.S. District Court Judge, District of Colorado