IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Courtroom Deputy: Laura Galera             Date: December 29, 2011
Court Reporter:    Tamara Hoffschildt

Civil Action No. 09-cv-02237-RBJ-MEH

*Parties*:                                  *Counsel*:

EQUAL EMPLOYMENT OPPORTUNITY                Stephanie Struble
COMMISSION,                                 Sean Ratliff

    Plaintiff,

v.

DILLON COMPANIES, INC.,                     Raymond Deeny

    Defendant.

COURTROOM MINUTES

MOTION HEARING

**8:01 a.m.**     **Court in session.**

Parties advise the Court they have reached an agreement regarding the dispute of the payment of settlement funds.

Mr. Deeny notifies the Court the check has been prepared pursuant to King Sooper's policy and will be provided to the Plaintiff.

**ORDERED:** EEOC'S Emergency Motion for Enforcement of Settlement Agreement and Request for Expidited [sic] Ruling (Doc. 156) is DENIED AS MOOT.

**8:11 a.m.**     **Court in recess.**

Hearing concluded.
Time: 0:10